No. 266. MARY WILLEM, A CREDITOR, ETC., *v.* DAWSON E. BRADLEY, TRUSTEE, ETC. Appeal from the District Court of the United States for the Southern District of Ohio. Argued March 22, 1920. Decided April 19, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Empire State-Idaho Mining Co.* v. *Hanley*, 205 U. S. 225, 232; *Goodrich* v. *Ferris*, 214 U. S. 71, 79; *Brolan* v. *United States*, 236 U. S. 216, 218; *Sugarman* v. *United States*, 249 U. S. 182, 184. *Mr. William W. Symmes*, with whom *Mr. Saul S. Klein* and *Mr. Stanley D. Willis* were on the brief, for appellant. *Mr. Paul V. Connolly*, with whom *Mr. Thomas A. Connolly*, *Mr. Dawson E. Bradley* and *Mr. George W. Cowles* were on the brief, for appellee.